UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

THOMAS GENWRIGHT, Individually, and On
Behalf of All Others Similarly Situated,

                            Plaintiff,

vs.

BELLODI LIMITED/THE EARTHLING
COLLECTIVE/BELLODI LLC,

                            Defendant.

---------------------------------------------------------------x

Case No. 1:22-cv-10763

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: September 11, 2023

**MIZRAHI KROUB LLP**

SO ORDERED.

_[signature]_

September 12, 2023

_[signature]_

EDWARD Y. KROUB
225 Broadway, 39th Floor
New York, NY 10007
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com

*Attorneys for Plaintiff*

DATED: September 11, 2023

STEIN & NIEPORENT LLP

*(signature)*

David Stein
1441 Broadway Suite 6090
New York, NY 10018
Telephone: 212-308-3444
Fax: 212-836-9595
Email: Dstein@steinllp.Com

*Attorney for Defendant*